UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2024 AUG 16  AM 11: 30

SARAH KWAKYEWAA,

       Plaintiff,

       V.

ANNIE HIAMEY; and

GO GHANA LLC,

     in their INDIVIDUAL AND OFFICIAL CAPACITIES

       Defendants

---

## CIVIL COMPLAINT JURY TRIAL DEMANDED

This action is pursuant to Racketeer Influenced and Corrupt Organization (R.I.C.O.) Act

18 U.S.C. §§ 3, 1341, 1343 and 1961 et seq.; and NY Common law Fraud et seq, filed by

Gregory Warren for false advertisement and frauds.

### JURISDICTION & VENUE

1.     This Court's jurisdiction is conferred by 28 U.S. code §§ 1331 and 1332 (a) (1).

2.     The Southern District of New York is the appropriate venue under 28 U.S.C. §

1391 (b)(2) because a substantial part of the events occurred in the Bronx, NY.

### PARTIES

3.     Plaintiff, Sarah Kwakyewaa ("Plt"), at all times relevant, resided at 1915 Morris

Ave, Apt 5c, Bronx, Ny 10453.

4.      Defendant, Annie Hiamey ("Def"), at all times relevant, resided at 1104 Lechuguilla, Apt. 6103 Alpine, Tx 79830-7355.

5.      Defendant, GO Ghana LLC ("GG"), 1104 Lechuguilla, Apt 6103 Alpine, Tx 79830-7355, is an LLC operated and controlled by Def.

6.      On 09/02/22, Plt called Def to discussed how Def can help Plt bring her Brother Ampomah M. Kingsley ("Kingsley") to USA on a visa from U.S. Citizenship and Immigration Services ("USCIS"); and

7.      At which time Def informed Plt that she worked for the Texas State government, and can get Kingsley a U.S. Visa through her job, and Plt would have to pay her $ 3,800.00; and

8.      Thereon, Ptl agreed to pay Def for said services.

9.      On 11/15/22 Def sent, via WhatsApp[1], Kingsley a Questionnaire regarding personal information for the visa; and

10.     On 11/16/22 Kingsley sent the completed Questionnaire back to Def, via WhatsApp.

11.     11/18/22 Plt had her sister, Margaret Boateng send Def $1,000. Via Bank of America, and Plt sent Def $500.00, via Zelle[2] 244-4046.

12.     On 11/20/22, Def called Plt and informed her that Plt was supposed to send her $300,00 more; and after the conversation Plt sent Def $300.00 via Zelle.

---

[1] WhatsApp is a software application that allows users to make phone calls, video calls and send messages and documents electronically.
[2] Zelle service own collectively by several financial entities enables individuals to electronically transfer money from their bank account to another registered user's bank account (within the United States) using a mobile device or the website of a participating banking institution.

13.     On or about March 2023, Plt called Def and asked her about the status of the Visa. Def advised Plt not to worry she is still working on it. She's looking for the date, indicating she filed the for the visa with USCIS. Everything should be done by Sept to Dec. 2023.

14.     Plt called Def from January to July 2024. Def never answered her phone or returned Plt's calls.

15.     On or about the first week of August 2024, Plt called Def. Def answered the phone. Plt requested a refund. Def said she would return said funds by the end of August 2024.

16.     After August 2024, Def did not return Plt funds and stopped answering her phone.

17.     Based on information and belief, since Def never obtained a receipt number for the Visa application from USCIS, Def never filed for said Visa nor had any intentions of fulfilling her obligations and made the false representations that she could get Kingsley a green card for the sole purpose of defrauding Plt.; Def made these materially false statements and omissions despite her obligations under contract law to state her true intentions; Said Statements and omissions were material to the agreement, and Plt reasonably relied on Def's false statements and omissions. Hence Def knowingly and willfully act in bad faith and with a reckless disregard for civil and criminal liability.

18.     Defs conduct was the direct and proximate cause of Plt's injuries.

## FIRST CAUSE OF ACTION
### FRAUDULENT CONCEALMENT

19.     Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

20. Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed NY common law prohibition against Fraudulent Concealment when Def knowingly and willfully:

a) Made the materially false statements to Plt the Def would get Kingsley a U.S visa from USCIS for $3,800.00, concealing the fact that of having no intentions of doing so, to secure those funds from Plt therein;
b) Did not file for a U.S. Visa;
c) Failed to secure a U.S. Visa from USCIS; and
d) Refused to fully reimburse Plt.

## SECOND CAUSE OF ACTOIN
### FRAUDULENT INDUCEMENT

21. Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

22. Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed NY common law prohibition against Fraudulent inducement when Def knowingly and willfully:

a) Made the materially false statements to Plt the Def would get Kingsley a U.S visa from USCIS for $3,800.00, having no intentions of doing so, to secure those funds from Plt therein;
b) Did not file for a U.S. Visa;
c) Failed to secure a U.S. Visa from USCIS; and
d) Refused to fully reimburse Plt.

## THIRD CAUSE OF ACTION
### NEGLIGENT MISREPRESENTATION

23. Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

4

24.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed NY common law prohibition against Negligent Misrepresentation when Def knowingly and willfully:

a)  Made the materially false statements to Plt the Def would get Kingsley a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, to secure those funds from Plt therein;
b)  Did not file for a U.S. Visa;
c)  Failed to secure a U.S. Visa from USCIS; and
d)  Refused to fully reimburse Plt.

## FORTH CAUSE OF ACTION
### CONSTRUCTIVE FRAUD

25.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

26.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed NY common law prohibition against constructive fraud when, having a duty to disclose the fact the Def did not intend to file for a U.S. Visa for Kingsley, Def knowingly and willfully:

a)  Made the materially false statements to Plt the Def would get Kingsley a U.S visa from USCIS, for $3,800.00, having no intentions of doing so;
b)  Did not file for a U.S. Visa;
c)  Failed to secure a U.S. Visa from USCIS; and
d)  Refused to fully reimburse Plt.

## FIFTH CAUSE OF ACTION
### R.I.C.O. WIRE FRAUD

27.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

5

28.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18

U.S.C. §1343 prohibition against Wire Fraud when on 09/02/22 Def knowingly and willfully:

a) Made the materially false statements to Plt the Def would get Plt's brother a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, via Phone;
b) Did not file for a U.S. Visa;
c) Failed to secure a U.S. Visa from USCIS; and
d) Refused to fully reimburse Plt.

## SIXTH CAUSE OF ACTION
### R.I.C.O. WIRE FRAUD

29.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

30.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18

U.S.C. § 1343 against Wire Fraud when on 11/20/22 Def knowingly and willfully:

a) Requesting Plt send Def an additional $300.00 to get Kingsley a U.S visa from USCIS, , having no intentions of doing so, via Phone;
b) Did not file for a U.S. Visa;
c) Failed to secure a U.S. Visa from USCIS; and
d) Refused to fully reimburse Plt.

## SEVENTH CAUSE OF ACTION
### R.I.C.O. WIRE FRAUD

31.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

6

32.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18

U.S.C. § 1343 prohibition against Wire Fraud when on or about the first week in August 2024,

Def knowingly and willfully:

   a) Made the materially false statements to Plt that Def would return Plt's money, having no intentions of doing so, via Phone; and
   b) Refused to fully reimburse Plt.

## EIGHTH CAUSE OF ACTION
## R.I.C.O. WIRE FRAUD

33.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

34.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18

U.S.C. § 1343 against Wire Fraud when on 11/18/22 Def knowingly and willfully:

   a) Made the materially false statements to Plt the Def would get Kingsley a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, received $1000.00 from Boateng, Via Zelle;
   b) Did not file for a U.S. Visa;
   c) Failed to secure a U.S. Visa from USCIS; and
   d) Refused to fully reimburse Plt.

## NINTH CAUSE OF ACTION
## R.I.C.O. WIRE FRAUD

35.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

36.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18

U.S.C. § 1343 prohibition against Wire Fraud when 11/18/22 Def knowingly and willfully:

7

a) Made the materially false statements to Plt the Def would get Kingsley a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, received $500.00 from Plt, via Zelle;
b) Did not file for a U.S. Visa;
c) Failed to secure a U.S. Visa from USCIS; and
d) Refused to fully reimburse Plt.

## TENTH CAUSE OF ACTION
## R.I.C.O. WIRE FRAUD

37.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

38.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18 U.S.C. § 1343 against Wire Fraud when on 11/20/22 Def knowingly and willfully:

a) Made the materially false statements to Plt, the Def would get Kingsley a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, received $300.00 from Plt, via Zelle;
b) Did not file for a U.S. Visa;
c) Failed to secure a U.S. Visa from USCIS; and
d) Refused to fully reimburse Plt.

## ELEVENTH CAUSE OF ACTION
## R.I.C.O. WIRE FRAUD

39.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

40.    Plaintiff alleges that the Def's challenged actions in ¶¶ 3-18, transgressed 18 U.S.C. § 1343 prohibition against Wire Fraud when on 11/15/22 Def knowingly and willfully:

a) Based on Def materially false statements to Plt, the Def would get Kingsley a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, Def sent Kingsley a Questionnaire to fill-out, via WhatsApp;

b) Did not file for a U.S. Visa; and

c) Failed to secure a U.S. Visa from USCIS

## TWELVTH CAUSE OF ACTION
### R.I.C.O. WIRE FRAUD

41.    Plaintiff reaffirms, re-allege and reiterate each and every word, sentence in ¶¶ 3-18, as if fully set forth herein at length.

42.    Plaintiff alleges that the Defs challenged actions in ¶¶ 3-18, transgressed 18 U.S.C. § 1343 prohibition against Wire Fraud when on 11/16/22 Def knowingly and willfully:

a) Based on Def's materially false statements to Plt, the Def would get Plt's brother a U.S visa from USCIS, for $3,800.00, having no intentions of doing so, Kingsley returned the completed, Questionnaire to Def., via WhatsApp;

b) Did not file for a U.S. Visa; and

c) Failed to secure a U.S. Visa from USCIS;

WHEREFORE, Plaintiff requests this Honorable Court grant the following relief:

A). Grant Compensatory damages of $1,800.00 against each Defendant directly and vicariously

B). Grant Punitive damages of NOT MORE THAN 10%, of Net worth, against each Defendant directly and vicariously.

C). Any and all cost associated with this litigation.

D). Any other further, different relief the Court may deem just and proper.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 08/07/24

Respectfully Submitted by,

*Sarah Kwakyew99*

Sarah Kwakyewaa
Plaintiff Pro Se
1915 Morris Ave., Apt. 5C
Bronx, NY 10453
(718) 902-3476
Sarahkwakyewaa64@gmail.com

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH KWAKYEWAA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>ANNIE HIAMEY | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ANNIE HIAMEY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1104 LECHUGUILLA APT 6103  ALPINE, TX 79830-7355

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH KWAKYEWAA<br>1915 MORRIS AVE, Apt 5C<br>BRONX, NY 10453 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                                                        Fold

| Signature of Attorney other Originator requesting service on behalf of:<br>*Sarah Kwakyewaa* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>718 902-3476 | DATE<br>8/7/24 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:**  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>SARAH KWAKYEWAA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>ANNIE HIAMEY et al | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

GO GHANA LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

1104 LECHUGUILLA APT 6103  ALPINE, TX 79830-7355

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SARAH KWAKYEWAA<br>1915 MORRIS AVE, Apt 5C<br>BRONX, NY 10453 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                        Fold

| Signature of Attorney other Originator requesting service on behalf of:<br>*Sarah Kwakyewaa* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>718 902-3476 | DATE<br>8/7/24 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. _____ | District to Serve<br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| SARAH KWAKYEWAA | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | Civil Action No. |
| v. | | |
| ANNIE HIAMEY; and | | |
| GO GHANA LLC, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GO GHANA LLC, 1104 LECHUGUILLA

APT 6103 ALPINE, TX 79830-7355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SARAH KWAKYEWAA
1915 MORRIS AVE, Apt 5C
BRONX, NY 10453
718 9023476
sarahkwakyewaa64@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

<table>
<tr><td>

SARAH KWAKYEWAA
_____
*Plaintiff(s)*

v.

ANNIE HIAMEY; and

GO GHANA LLC,
_____
*Defendant(s)*
</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)
</td><td>

Civil Action No.
</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


ANNIE HIAMEY, 1104 LECHUGUILLA

APT 6103 ALPINE, TX 79830-7355


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> SARAH KWAKYEWAA
> 1915 MORRIS AVE, Apt 5C
> BRONX, NY 10453
> 718 9023476
> sarahkwakyewaa64@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____            _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIRMATION OF SERVICE

### KWAKYEWAA V. HIAMEY, ET AL.

STATE OF NEW YORK )

                ) ss.;

COUNTY OF BRONX    )

     I, Sarah Kwakyewaa, being duly sworn, says:

     I, Sarah Kwakyewaa, am Plaintiff in the above-entitled action, did, on the day and date below, send the following: 1). (1) cover sheet; 2). (3) complaint (s); 3). (2) Summon(s); 4). (1) IFP application; 5). (1) Consent To E Service; 6). (1) Motion E-Filing: 7), (1) Notice Of Appearance, and 8). (2) USM-285FORM, via U.S. Mail, 1st class, to the party below:

U.S. Courthouse
500 Pearl Street,
New York, NY 10007 – 1312

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 08/13/24

                                  Respectfully Submitted by,

                                  *Sarah Kwakyewaa*

                                  SARAH KWAKYEWAA
                                  Plaintiff Pro Se
                                  1915 MORRIS AVE, Apt 5C
                                  BRONX, NY 10453

Case 4:24-cv-00045-DC-DF   Document 1   Filed 08/16/24

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

**Retail**

U.S. POSTA
PME
BRONX, NY
AUG 13, 202

10007

RDC 07

$30.9

S2324E5005





---

## LING VELOPE
OMESTIC AND ATIONAL USE



---

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

EI 967 433 073 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

Sarah Kwakyewaa
9415 Morris ave NBC
Brona ney 10453

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

U.S. courthouse
500 pearl street
New York, NY 10007-1312

ZIP + 4® (U.S. ADDRESSES ONLY)

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 10453 | 08/14/24 | 95 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
|---|---|---|
| 08/13/24 | ☑ 6:00 PM | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 1:49 ☐ AM ☑ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 95 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 9.50 lbs. ozs. | | MD |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

---

hedule free **Package Pickup,**